# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAVADO AUDRIC THOMPSON,
Inmate No. C01034,

    Plaintiff,

v.                                                   Case No. 3:14cv246/MCR/EMT

JOHN WILLIS, Warden, et al.,

    Defendants.
_____/

## **O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 9, 2016. ECF No. 14. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims against **Defendant Warden John Willis** are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 16th day of September 2016.

  s/ *M. Casey Rodgers*
  **M. CASEY RODGERS**
  **CHIEF UNITED STATES DISTRICT JUDGE**